```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INTERCEPT INTERACTIVE INC. d/b/a
UNDERTONE,

                Plaintiff,

- against -

RAIN AGENCY INC. d/b/a RAIN THE GROWTH
AGENCY

                Defendant.

24-cv-6490 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    Plaintiffs filed a complaint in the above-captioned matter on August 29, 2024. (See Dkt. No. 6.) Defendants filed an answer to the complaint on October 31, 2024. (See Dkt. No. 12.)

    The parties are hereby directed to submit a joint letter within thirty (30) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a proposed Case Management Plan that provides that discovery is to be completed within four (4) months unless otherwise permitted by the Court. A model Case

Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:       6 November 2024
             New York, New York

_____
Victor Marrero
U.S.D.J.